# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:20–cv–00702–GLR

Capella Photonics, Inc. v. Ciena Corporation
Assigned to: Judge George Levi Russell, III
Cause: 28:1338 Patent Infringement

Date Filed: 03/17/2020
Date Terminated: 12/01/2020
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Capella Photonics, Inc.**         represented by **Andrew Zimmitti**
Manatt Phelps and Phillips LLP
1050 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
12025856505
Fax: 12025856600
Email: azimmitti@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L Wanger**
Manatt Phelps and Phillips
1 Embarcadero Center 30th Fl.
San Francisco, CA 94111
4152917400
Fax: 4152927474
Email: cwanger@manatt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D Becker**
Manatt Phelps and Phillips
1 Embardadero Center 30th Fl.
San Francisco, CA 94111
4152917400
Fax: 4152927474
Email: rbecker@manatt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ciena Corporation**         represented by **Matthew J. Moore**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637–2200
Fax: (202) 637–2201

Email: matthew.moore@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Finger**
Latham and Watkins LLP
555 Eleventh Street NW
Washington, DC 20004
2026372124
Fax: 2026372201
Email: ashley.finger@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clement Naples**
Latham and Watkins LLP
885 Third Ave
New York, NY 10022–4834
2129061331
Fax: 2127514864
Email: clement.naples@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle A Virgien**
Latham and Watkins LLP
505 Montgomery St. Ste. 2000
San Francisco, CA 94111
4153958074
Fax: 4153958095
Email: kyle.virgien@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2020 | Ï 1 | COMPLAINT *for Patent Infringement* against Ciena Corporation ( Filing fee $ 400 receipt number 0416–8573627.), filed by Capella Photonics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons)(Zimmitti, Andrew) (Entered: 03/17/2020) |
| 03/17/2020 | Ï | Deficiency Notice for Capella Photonics, Inc. –– Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 3/24/2020 (ols, Deputy Clerk) (Entered: 03/17/2020) |
| 03/17/2020 | Ï | Deficiency Notice for Capella Photonics, Inc. –– Report on Filing Patent/Trademark form (AO 120) has not been filed. The form is located at *http://www.mdd.uscourts.gov/publications/DisplayForms.asp?ActiveTab=Civil* . Please *fully complete* and file the form by selecting Civil > Other Filings > Other Documents > Report on Filing Patent/Trademark. The form must be filed by 3/24/2020 (ols, Deputy Clerk) (Entered: 03/17/2020) |
| 03/17/2020 | Ï 2 | Summons Issued 21 days as to Ciena Corporation. (ols, Deputy Clerk) (Entered: 03/17/2020) |
| 03/18/2020 | Ï 3 | MOTION to Appear Pro Hac Vice for Robert D. Becker (Filing fee $100, receipt number 0416–8576820.) by Capella Photonics, Inc.(Zimmitti, Andrew) (Entered: 03/18/2020) |

| | | |
|---|---|---|
| 03/18/2020 | Ï 4 | MOTION to Appear Pro Hac Vice for Christopher L. Wanger (Filing fee $100, receipt number 0416–8576831.) by Capella Photonics, Inc.(Zimmitti, Andrew) (Entered: 03/18/2020) |
| 03/20/2020 | Ï 5 | PAPERLESS ORDER granting 3 Motion to Appear Pro Hac Vice on behalf of Robert D Becker. Directing attorney Robert D Becker to register online for CM/ECF at http://www.mdd.uscourts.gov/electronic–case–filing–registration. Signed by Clerk on 3/20/2020. (srds, Deputy Clerk) (Entered: 03/20/2020) |
| 03/20/2020 | Ï 6 | PAPERLESS ORDER granting 4 Motion to Appear Pro Hac Vice on behalf of Christopher L Wanger. Directing attorney Christopher L Wanger to register online for CM/ECF at http://www.mdd.uscourts.gov/electronic–case–filing–registration. Signed by Clerk on 3/20/2020. (srds, Deputy Clerk) (Entered: 03/20/2020) |
| 03/24/2020 | Ï 7 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Capella Photonics, Inc. identifying Other Affiliate Singtel Innov8 Ventures Pte. Ltd. for Capella Photonics, Inc..(Zimmitti, Andrew) Modified on 3/25/2020 (bmhs, Deputy Clerk). (Entered: 03/24/2020) |
| 03/24/2020 | Ï 8 | Report on Filing Patent/Trademark (Zimmitti, Andrew) (Entered: 03/24/2020) |
| 03/25/2020 | Ï 9 | QC NOTICE: 7 Local Rule 103.3 Disclosure Statement filed by Capella Photonics, Inc. was filed incorrectly.<br>*\*\*The Local Rule 103.3 Disclosure Statement needs to be refiled and all corporate parent and/or affiliations named in your document need to be entered when the system prompts you. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bmhs, Deputy Clerk) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 10 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Capella Photonics, Inc. identifying Other Affiliate Singtel Innov8 Ventures Pte. Ltd. for Capella Photonics, Inc..(Zimmitti, Andrew) Modified on 3/26/2020 (bmhs, Deputy Clerk). (Entered: 03/25/2020) |
| 03/26/2020 | Ï 11 | QC NOTICE: 10 Local Rule 103.3 Disclosure Statement filed by Capella Photonics, Inc. was filed incorrectly.<br>*\*\*The Local Rule 103.3 Disclosure Statement needs to be refiled. ALL corporate parent and/or affiliations named in your document need to be entered when the system prompts you. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bmhs, Deputy Clerk) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 12 | Local Rule 103.3 Disclosure Statement by Capella Photonics, Inc. identifying Other Affiliate Fortress Investment Group LLC, Other Affiliate Singtel Innov8 Ventures Pte. Ltd., Other Affiliate Levensohn Venture Partners, Other Affiliate Black Diamond Ventures, LLC, Other Affiliate Manatt, Phelps & Phillips, LLP for Capella Photonics, Inc..(Zimmitti, Andrew) (Entered: 03/26/2020) |
| 04/06/2020 | Ï 13 | (FILED IN ERROR) AFFIDAVIT of Service for Summons and Complaint served on Ciena Corporation on 4/1/20, filed by Capella Photonics, Inc. (Zimmitti, Andrew) Modified on 4/7/2020 (bmhs, Deputy Clerk). (Entered: 04/06/2020) |
| 04/07/2020 | Ï 14 | QC NOTICE: 13 Affidavit of Service filed by Capella Photonics, Inc. was filed incorrectly.<br>*\*\*Incorrect event was selected. Please refile using the event under Service of Process: Summons Returned Executed. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bmhs, Deputy Clerk) (Entered: 04/07/2020) |
| 04/07/2020 | Ï 15 | SUMMONS Returned Executed by Capella Photonics, Inc.. Ciena Corporation served on 4/1/2020, answer due 4/22/2020.(Zimmitti, Andrew) (Entered: 04/07/2020) |
| 04/17/2020 | Ï 16 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Ciena Corporation (Attachments: # 1 Text of Proposed Order)(Moore, Matthew) (Entered: 04/17/2020) |

| | | |
|---|---|---|
| 04/17/2020 | 17 | Local Rule 103.3 Disclosure Statement by Ciena Corporation identifying Other Affiliate BlackRock, Inc. for Ciena Corporation.(Moore, Matthew) (Entered: 04/17/2020) |
| 04/20/2020 | 18 | ORDER GRANTING 16 Motion for Extension of Time to Answer re 1 Complaint. Ciena Corporation answer due 6/8/2020. Signed by Judge George Levi Russell, III on 4/20/2020. (hmls, Deputy Clerk) (Entered: 04/20/2020) |
| 06/08/2020 | 19 | MOTION to Appear Pro Hac Vice for Clement Naples (Filing fee $100, receipt number 0416–8690163.) by Ciena Corporation(Moore, Matthew) (Entered: 06/08/2020) |
| 06/08/2020 | 20 | MOTION to Appear Pro Hac Vice for Ashley Finger (Filing fee $100, receipt number 0416–8690164.) by Ciena Corporation(Moore, Matthew) (Entered: 06/08/2020) |
| 06/08/2020 | 21 | MOTION to Appear Pro Hac Vice for Kyle A. Virgien (Filing fee $100, receipt number 0416–8690165.) by Ciena Corporation(Moore, Matthew) (Entered: 06/08/2020) |
| 06/08/2020 | 22 | MOTION to Dismiss for Failure to State a Claim*(Partial)* by Ciena Corporation (Attachments: # 1 Memorandum in Support, # 2 Declaration of Matthew J. Moore, # 3 Index of Exhibits, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Text of Proposed Order)(Moore, Matthew) (Entered: 06/08/2020) |
| 06/11/2020 | 23 | PAPERLESS ORDER granting 19 Motion to Appear Pro Hac Vice on behalf of Clement Naples. Directing attorney Clement Naples to register online for CM/ECF at http://www.mdd.uscourts.gov/electronic–case–filing–registration. Signed by Clerk on 6/11/2020. (srds, Deputy Clerk) (Entered: 06/11/2020) |
| 06/11/2020 | 24 | PAPERLESS ORDER granting 20 Motion to Appear Pro Hac Vice on behalf of Ashley Finger. Directing attorney Ashley Finger to register online for CM/ECF at http://www.mdd.uscourts.gov/electronic–case–filing–registration. Signed by Clerk on 6/11/2020. (srds, Deputy Clerk) (Entered: 06/11/2020) |
| 06/11/2020 | 25 | PAPERLESS ORDER granting 21 Motion to Appear Pro Hac Vice on behalf of Kyle Virgien. Directing attorney Kyle Virgien to register online for CM/ECF at http://www.mdd.uscourts.gov/electronic–case–filing–registration. Signed by Clerk on 6/11/2020. (srds, Deputy Clerk) (Entered: 06/11/2020) |
| 06/11/2020 | 26 | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Failure to State a Claim*(Partial)* by Capella Photonics, Inc.. (Attachments: # 1 Text of Proposed Order)(Zimmitti, Andrew) (Entered: 06/11/2020) |
| 07/06/2020 | 27 | RESPONSE in Opposition re 22 MOTION to Dismiss for Failure to State a Claim*(Partial)* filed by Capella Photonics, Inc..(Becker, Robert) (Entered: 07/06/2020) |
| 08/03/2020 | 28 | REPLY to Response to Motion re 22 MOTION to Dismiss for Failure to State a Claim*(Partial)* filed by Ciena Corporation.(Moore, Matthew) (Entered: 08/03/2020) |
| 09/01/2020 | 29 | NOTICE by Ciena Corporation *of Supplemental Authority* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Moore, Matthew) (Entered: 09/01/2020) |
| 10/06/2020 | 30 | MOTION to Transfer Case by Ciena Corporation (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Declaration of David Rothenstein)(Moore, Matthew) (Entered: 10/06/2020) |

| | | |
|---|---|---|
| 10/20/2020 | 31 | MOTION for Discovery –– *Plaintiffs Opposed and Expedited Motion for an Order Allowing it to Serve and Conduct Targeted Discovery on the Issues Raised by Defendants Transfer Motion and*, MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Transfer Case *Pending Completion of the Discovery* by Capella Photonics, Inc. (Attachments: # 1 Declaration of Christopher L. Wanger in support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Becker, Robert) (Entered: 10/20/2020) |
| 10/20/2020 | 32 | RESPONSE in Opposition re 30 MOTION to Transfer Case filed by Capella Photonics, Inc.. (Attachments: # 1 Declaration of Christopher L. Wanger in support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Becker, Robert) (Entered: 10/20/2020) |
| 10/23/2020 | 33 | RESPONSE re 29 Notice (Other) –– *to Defendants Notice of Supplemental Authority* filed by Capella Photonics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Becker, Robert) (Entered: 10/23/2020) |
| 11/03/2020 | 34 | REPLY to Response to Motion re 30 MOTION to Transfer Case filed by Ciena Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Moore, Matthew) (Entered: 11/03/2020) |
| 11/03/2020 | 35 | RESPONSE to Motion re 31 MOTION for Discovery –– *Plaintiffs Opposed and Expedited Motion for an Order Allowing it to Serve and Conduct Targeted Discovery on the Issues Raised by Defendants Transfer Motion and* MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Transfer Case *Pending Completion of the Discovery* filed by Ciena Corporation.(Moore, Matthew) (Entered: 11/03/2020) |
| 11/16/2020 | 36 | REPLY to Response to Motion re 31 MOTION for Discovery –– *Plaintiffs Opposed and Expedited Motion for an Order Allowing it to Serve and Conduct Targeted Discovery on the Issues Raised by Defendants Transfer Motion and* MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Transfer Case *Pending Completion of the Discovery* filed by Capella Photonics, Inc..(Becker, Robert) (Entered: 11/16/2020) |
| 11/24/2020 | 37 | NOTICE by Capella Photonics, Inc. *of Supplemental Authority* (Attachments: # 1 Exhibit A)(Becker, Robert) (Entered: 11/24/2020) |
| 12/01/2020 | 38 | MEMORANDUM OPINION. Signed by Judge George Levi Russell, III on 12/1/2020. (bmhs, Deputy Clerk) (Entered: 12/01/2020) |
| 12/01/2020 | 39 | ORDER granting 30 Defendant Ciena Corporation's Motion to Transfer; granting nunc pro tunc 26 Plaintiff Capella Photonics, Inc.'s Consent Motion for Extension of Time; denying 31 Capella's Opposed and Expedited Motion for an Order Allowing It to Serve and Conduct Targeted Discovery on the Issues Raised by Defendant's Transfer Motion; and for an Extension of Time to Respond to the Transfer Motion Pending Completion of the Discovery; and directing the Clerk to Transfer this case to the United States District Court for the Northern District of California. Signed by Judge George Levi Russell, III on 12/1/2020. (bmhs, Deputy Clerk) (Entered: 12/01/2020) |