LATHAM & WATKINS LLP
Matthew J. Moore (*pro hac vice*)
*matthew.moore@lw.com*
Ashley N. Finger (*pro hac vice*)
*ashley.finger@lw.com*
555 Eleventh Street NW
Suite 1000
Washington, DC  20004
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

Clement J. Naples (*pro hac vice*)
*clement.naples@lw.com*
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:   (212) 751-4864

Kyle A. Virgien (Bar No. 278747)
*kyle.virgien@lw.com*
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone:  (415) 395-0600
Facsimile:   (415) 395-8095

*Attorneys for Defendant Ciena Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., | CASE NO. 3:20-CV-08628-EMC |
| Plaintiff, | **DEFENDANT CIENA CORPORATION'S STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(D)(2)** |
| v. | |
| CIENA CORPORATION, | |
| Defendant. | |

1    Defendant Ciena Corporation ("Ciena") respectfully submits this statement of recent

2    decision in support of its Partial Motion to Dismiss (Dkt. 22) pursuant to Local Rule 7-3(d)(2).

3    Exhibit A is an opinion from the Eastern District of Texas construing claim terms of the

4    same two patents that Capella Photonics, Inc. ("Capella") asserts in this action. *Capella Photonics,*

5    *Inc. v. Fujitsu Network Comm'ns., Inc.*, Case No. 2:20-cv-00076-JRG, Dkt. 81 (E.D. Tex. Feb. 9,

6    2021); *Capella Photonics, Inc. v. Infinera Corp.*, Case No. 2:20-cv-00077-JRG, Dkt. 99 (E.D. Tex.

7    Feb. 9, 2021) (attached as Exhibit A).  In the pending motion to dismiss, Capella argued that it did

8    not narrow its claims when it changed the term "ports" to "fiber collimator … ports" so that

9    absolute intervening rights do not apply.  *See, e.g.*, Dkt. 27 at 20.  In the attached order, the Eastern

10   District of Texas rejected Capella's argument and found "port" is not "limited to 'fiber collimator

11   port," and "a fiber collimator 'providing' a port" does ***not*** "mean[] that the port is necessarily a

12   fiber collimator port."  Ex. A at 21.

13

14   Dated:  February 17, 2021                    Respectfully submitted,

15

16                                                LATHAM & WATKINS LLP

17                                                */s/ Kyle A. Virgien*
                                                 Kyle A. Virgien (Bar No. 278747)

18                                                Matthew J. Moore (*pro hac vice*)
                                                 *matthew.moore@lw.com*
19                                                Ashley N. Finger (*pro hac vice*)
                                                 *ashley.finger@lw.com*
20                                                555 Eleventh Street NW
                                                 Suite 1000
21                                                Washington, DC  20004
                                                 Telephone:  (202) 637-2200
22                                                Facsimile:   (202) 637-2201

23                                                Clement J. Naples (*pro hac vice*)
                                                 *clement.naples@lw.com*
24                                                885 Third Avenue
                                                 New York, NY 10022
25                                                Telephone:  (212) 906-1200
                                                 Facsimile:   (212) 751-4864
26
                                                 Kyle A. Virgien (Bar No. 278747)
27                                                *kyle.virgien@lw.com*
                                                 505 Montgomery Street
28                                                Suite 2000
                                                 San Francisco, CA 94111

Telephone:  (415) 395-0600
Facsimile:   (415) 395-8095

*Attorneys for Defendant Ciena Corporation*

Statement of Recent Decision
Case No. 3:20-cv-08628-EMC