LATHAM & WATKINS LLP
Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
Ashley N. Finger (*pro hac vice*)
ashley.finger@lw.com
555 Eleventh Street NW
Suite 1000
Washington, DC  20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201

Clement J. Naples (*pro hac vice*)
clement.naples@lw.com
885 Third Avenue
New York, NY 10022
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

Brian W. Lewis (Bar No. 290707)
brian.lewis@lw.com
Kyle A. Virgien (Bar No. 278747)
kyle.virgien@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone:   (415) 395-0600
Facsimile:   (415) 395-8095

*Attorneys for Defendant Ciena Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC. | CASE NO. 3:20-CV-08628-EMC |
| Plaintiff, | **DEFENDANT CIENA CORPORATION'S STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(D)(2)** |
| v. | |
| CIENA CORPORATION | |
| Defendant. | |

1   Defendant Ciena Corporation ("Ciena") respectfully submits this statement of recent
2   decision in support of its Partial Motion to Dismiss (Dkt. 22) pursuant to Local Rule 7-3(d)(2).

3   Exhibit A is an opinion from this Court construing claim terms of the same two patents that
4   Capella Photonics, Inc. ("Capella") asserts in this action. *Cisco Sys., Inc. v. Capella Photonics,*
5   *Inc.*, Case No. 20-cv-01858-EMC (N.D. Cal. Apr. 29, 2021). In the pending motion to dismiss,
6   Capella argued that it did not narrow its claims when it changed the term "ports" to "fiber
7   collimator … ports" so that absolute intervening rights do not apply. *See, e.g.*, Dkt. 27 at 20. In
8   the attached order, this Court rejected Capella's argument and found "[t]he term 'port' is not
9   limited to 'fiber collimator port,'" that "[a] fiber collimator that is 'providing' a port is not
10  necessarily a fiber collimator port," and that "Capella did not define the term 'port' to mean 'fiber
11  collimator port,' nor did it disavow the full scope of the term 'port.'" Ex. A at 15, 20-21.

12  Dated: April 30, 2021                    Respectfully submitted,

14                                           LATHAM & WATKINS LLP

15                                           */s/ Brian W. Lewis*
                                             Brian W. Lewis (Bar No. 290727)

16                                           Matthew J. Moore (*pro hac vice*)
                                             matthew.moore@lw.com
17                                           Ashley N. Finger (*pro hac vice*)
                                             ashley.finger@lw.com
18                                           555 Eleventh Street NW
                                             Suite 1000
19                                           Washington, DC  20004
                                             Telephone:  (202) 637-2200
20                                           Facsimile:   (202) 637-2201

21                                           Clement J. Naples (*pro hac vice*)
                                             clement.naples@lw.com
22                                           885 Third Avenue
                                             New York, NY 10022
23                                           Telephone:  (212) 906-1200
                                             Facsimile:   (212) 751-4864
24
                                             Brian W. Lewis (Bar No. 290727)
25                                           brian.lewis@lw.com
                                             Kyle A. Virgien (Bar No. 278747)
26                                           kyle.virgien@lw.com
                                             505 Montgomery Street
27                                           Suite 2000
                                             San Francisco, CA 94111
28                                           Telephone:  (415) 395-0600
                                             Facsimile:   (415) 395-8095

*Attorneys for Defendant Ciena Corporation*